UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS B. DELOACH,

                              Plaintiff,

          -v-                                  25-CV-4348 (JPO)

TRANSUNION, LLC, *et al.*,                      ORDER

                             Defendants.

---

J. PAUL OETKEN, District Judge:

      During a telephone conference held on August 28, 2025, this Court scheduled a further telephone conference for September 30, 2025 at 2:30 p.m. However, the Court has determined that it will refer this matter to Magistrate Judge Robyn F. Tarnofsky to conduct pretrial proceedings, including addressing issues of service upon the additional Defendants and setting a schedule for discovery and further proceedings. Therefore, the September 30, 2025 telephone conference before the undersigned is adjourned, and the parties will receive further directives from Judge Tarnofsky as to how to proceed in this case.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: August 28, 2024
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge