UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS B. DELOACH,

                Plaintiff,

  -against-

TRANSUNION, LLC, et al.,

                Defendants.

25-CV-4348 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **September 8, 2025 at 2:00 PM**. The parties should be prepared to discuss the status of the case. The parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 220 762 18 #**.

DATED: August 29, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge