UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS B. DELOACH,<br><br>     Plaintiff,<br><br> -against-<br><br>TRANSUNION, LLC, et al.,<br><br>     Defendants. | 25-CV-4348 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  For the reasons discussed at the status conference held on September 8, 2025:

1. Plaintiff has indicated his desire to withdraw the motion for remand (**ECF 16**). That motion is deemed **WITHDRAWN.**

2. Plaintiff's motion to preclude (**ECF 18**) and motion to vacate arbitration requirements (**ECF 10**) are **DENIED** as premature without prejudice to refiling if appropriate.

3. Plaintiff's motion to amend the caption with regard to the proper Equifax entity (**ECF 50**) is **DENIED** as moot.

4. Plaintiff is ORDERED by **September 12, 2025** to provide Equifax Information Services, LLC with a request for waiver of service. Equifax has indicated that it intends to agree to waive service and to withdraw its motion to dismiss for failure to effect proper service (ECF 49) upon receipt of the request for waiver of service. Equifax's response to the complaint is due by **October 31, 2025.**

5. Plaintiff is ORDERED to send by mail to Defendant TransUnion at its principal place of business: (a) the complaint and summons; (b) a request for waiver of service; (c) ECF 15,

ECF 17, ECF 44, and this Order. Plaintiff shall file proof of such mailing on the docket by **September 12, 2025.**

6. Plaintiff is **ORDERED** to send by mail to Defendant National Recovery Agency, Inc. at its principal place of business: (a) the complaint and summons; (b) a request for waiver of service; (c) ECF 46, and this Order. Plaintiff shall file proof of such mailing on the docket by **September 12, 2025.**

The Clerk of Court is respectfully requested to terminate **ECF 10, 16, 18, and 50** and to vacate the certificate of default for Equifax (**ECF 45**).

DATED: September 8, 2025
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge