UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS B. DELOACH,<br><br>      Plaintiff,<br><br> -against-<br><br>TRANSUNION, LLC, et al.,<br><br>      Defendants. | 25-CV-4348 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  Following a status conference on September 8, 2025, I issued an order (ECF 53) that, among other actions, required Plaintiff by September 12, 2025 to provide Defendant Equifax with, among other documents, a waiver of service request; Equifax had indicated at the conference that upon receipt of the request, it would withdraw its motion to dismiss for failure to properly effect service (ECF 49). Plaintiff has filed proof of providing the required materials to Equifax (ECF 57) but Equifax has not yet withdrawn its motion (ECF 49). Equifax is ORDERED, by **October 6, 2025**, to file a letter on the docket either withdrawing its motion to dismiss for failure to serve or explaining why it has not done so.

  My order (ECF 53) also required Plaintiff to mail to Defendant TransUnion at its principal place of business certain documents, including a request for waiver of service, and to file proof of such service on the docket by September 12, 2025; while Plaintiff did not file proof of such service on the docket, TransUnion filed a waiver of service and has appeared in the case (ECF 60; ECF 61). Accordingly, TransUnion is ORDERED, by **October 6, 2025**, to file a letter on the docket stating its position on Plaintiff's motions to amend at ECF 15 and 17.

My order (ECF 53) also required Plaintiff to mail Defendant National Recovery Agency, Inc. at its principal place of business certain documents, including a request for waiver of service, and to file proof of such service on the docket by September 12, 2025. Plaintiff has not filed the required proof of service. Accordingly, I am retroactively extending Plaintiff's time to send the required materials to National Recovery Agency, Inc. and to file proof of such service on the docket until **October 6, 2025**.

DATED: September 29, 2025
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge