

Seyfarth Shaw LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
T (404) 885-1500
F (404) 892-7056

hsharp@seyfarth.com
T (404) 881-5477

www.seyfarth.com

September 30, 2025

**CM/ECF**

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
USDC, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   DeLoach v. Experian Information Solutions, Inc., et al.,
      Case No.: 1:25-cv-04348-JPO-RFT
      Notice of Withdrawal of Motion

Your Honor:

The undersigned represent Defendant Equifax Information Services LLC ("Equifax") in the above-referenced matter and hereby notifies this Honorable Court that it withdraws its September 3, 2025 *Motion to Dismiss Plaintiff's Complaint Pursuant to Rules 12(b)(2) and 12(b)(5)*. See ECF No. 49.

Respectfully,

SEYFARTH SHAW LLP

/s/ Heather H. Sharp

Heather H. Sharp


HHS:lcr
cc:   Counsel of Record via CM/ECF
      Thomas B. DeLoach, pro se Plaintiff, via US Mail and electronic mail

The Court thanks counsel for the update.

The Clerk of Court is respectfully requested to terminate ECF 49, which has been withdrawn by Defendant Equifax.

Dated: September 30, 2025
       New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

320634713v.1