UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS B. DELOACH,<br><br>        Plaintiff,<br><br> -against-<br>TRANSUNION, LLC, ET AL,<br><br>        Defendants. | 25-CV-04348 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A telephonic conference is scheduled for **Tuesday, October 14, 2025 at 10:00 a.m.** The parties should be prepared to discuss Plaintiff's Motion to Amend [ECF 15, 17]. The pro se plaintiff and counsel for defendants are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 470 185 490#.

DATED: October 10, 2025　　　　　　　　　　　　SO ORDERED.
     New York, NY

                             _____
                           **ROBYN F. TARNOFSKY**
                           United States Magistrate Judge