UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS B. DELOACH,<br><br>       Plaintiff,<br><br> -against-<br>TRANSUNION, LLC, ET AL,<br><br>       Defendants. | 25-CV-04348 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The telephonic conference that was scheduled for today is now held on **Friday, October 17, 2025 at 10:00 a.m.** The parties should be prepared to discuss Plaintiff's Motion to Amend [ECF 15, 17]. The pro se plaintiff and counsel for defendants are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 470 185 490#.

DATED: October 14, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge