UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS B. DELOACH,

                Plaintiff,

  -against-

TRANSUNION, LLC, et al.,

                Defendants.

25-CV-4348 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Court received an undocketed communication from pro se Plaintiff, which is attached as Exhibit A to this order.

    My chambers received this communication because Plaintiff has blind carbon copied my courtroom deputy on the communication. (*See* Ex. A.) Plaintiff is advised that the proper method for communicating with chambers is to submit a filing on the docket. If Plaintiff's emails include my chambers or members of my chambers, those communications will be filed on the docket.

DATED: November 4, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# Exhibit A

| | |
|---|---|
| **From:** | Tom DeLoach |
| **To:** | Eteam Collector |
| **Subject:** | Re: Service per Court Order (ECF 69) — DeLoach v. National Recovery Agency, Inc. et al., Case No. 1:25-cv-04348 (S.D.N.Y.) |
| **Date:** | Wednesday, October 29, 2025 4:12:38 PM |

**CAUTION - EXTERNAL:**

Dear Ms. Yinger,

Thank you for your email dated October 22, 2025.

For context, this correspondence concerns the federal civil action DeLoach v. National Recovery Agency, Inc. et al., Case No. 1:25-cv-04348, currently pending before the United States District Court for the Southern District of New York (SDNY). The Court issued an Order (ECF 69) on October 20, 2025, directing Plaintiff to serve National Recovery Agency ("NRA") by both mail and email, which was completed on October 21, 2025, and proof of service was filed.

The case involves multiple defendants and alleges improper handling of debt-collection activities, consumer reporting, and related statutory violations. The presiding Judge has indicated that a Default Judgment may be commenced should Defendant fail to engage or otherwise respond to the case in accordance with the Federal Rules and the Court's prior Orders by November 10, 2025.

Please ensure this communication and the associated court materials are forwarded to your direct manager, HR manager, and legal department for their immediate review and response.

Thank you for your attention to this matter.

Sincerely,

Thomas B. DeLoach

Plaintiff, DeLoach v. National Recovery Agency, Inc. et al.

Case No. 1:25-cv-04348 (S.D.N.Y.)

340 W. 42nd St., #243

New York, NY 10108

(310) 962-3207 | tbd235@gmail.com


On Wed, Oct 22, 2025 at 4:29 PM Eteam Collector <NeTeam@nragroup.com> wrote:
> Good afternoon,
>
> Thank you for reaching out.

So that I may assist you furthere, I am having difficulty locating your National Recovery Agency account. Would you be so kind as to provide the NRA ID or the creditor name, reference number, your telephone number, and the amount in dispute?

How did you get notified of an account or accounts in our office?

April Yinger
E-Team Collector
National Recovery Agency

[2491 Paxton Street](#)

[Harrisburg PA 17111](#)

800-521-4956

[www.nationalrecovery.com](#)

**PLEASE NOTE**

Please be advised that this is a communication by a debt collector.  Calls inbound or outbound may be monitored and are recorded for quality control purposes.

California Residents:  The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.  They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt.  Collectors may contact another person to confirm your location or enforce judgment.  For more information about debt collection activities, you may contact the

Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.  Non Profit Counseling services may be available in your area.

California Medical Patients Only:	Nonprofit credit counseling services may be available in the area.

California and Utah Residents:  As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.  But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described in your first notice you received from us.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE HTTPS://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Colorado law prohibits credit bureaus from reporting medical debt or factoring medical debt into a credit score unless the consumer report is to be used in connection with a credit transaction that involves, or that may reasonably be expected to involve, a principal amount that exceeds the national conforming loan limit value for a one-unit property as determined by the federal housing finance authority. You may contact our office at Associated Collection Agencies Inc., 27 North Willerup, Suite B, Montrose, CO 81401 or by telephone at 970-249-7514.

District of Columbia: National Recovery Agency is a debt collector attempting to collect the debt you owe to the creditor(s) listed in this communication. We will use any information obtained from you to help collect the debt.

Please note that a service charge of twenty dollars will be added to all checks returned to us by your bank as permitted by law.

The information contained in this notice, or any other notice or communication from National Recovery Agency, is not legal advice.

If your debt has not been reduced to a judgment by a court, you have the right to request the following information concerning your debt:

The name of the original creditor, and the name of any other owners of your debt, including the current owner;
Your last account number with the original creditor;
A copy of the signed contract, application, or other documents which show your obligations;
The date your debt was incurred;
The date of your last payment, if applicable; and
An itemized accounting of the alleged debt, including the amount of any principal interest, fees, or charges, and whether the charges were imposed by the original creditor, a debt collector, or other owner of the debt. For credit card or revolving credit accounts, the itemized accounting is measured from the charge-off balance.
If your debt has been reduced to a judgment by a court, you have a right to a copy of the judgment, documentation establishing that the debt collector is the owner of the judgment, and an itemized accounting of the current balance due on the judgment.
You may request the above information by contacting us by phone, mail, or email at the following:

Address: PO box 67015 Harrisburg, PA 17106-7015
Phone: 800-360-4319
E-mail Address: i@nationalrecovery.com

You might have income or resources that are protected from being taken by debt collectors. These might include certain sources of income, funds, or property, including, but not limited to, Social Security, Supplemental Security Income (SSI). disability or unemployment benefits, veteran's benefits, or child support payments. If you believe your property or income may be protected, you may wish to seek legal advice, including at a legal services provider or legal aid office, before paying this debt.

Si su deuda no ha sido reducida a una sentencia por un tribunal, tiene derecho a solicitar la siguiente información sobre su deuda:

El nombre del acreedor original y el nombre de cualquier otro propietario de su deuda, incluido el propietario actual;

Su último número de cuenta con el acreedor original;

Una copia del contrato firmado, la solicitud u otros documentos que demuestren sus obligaciones;

La fecha en que se incurrió en su deuda;

La fecha de su último pago, si corresponde; y

Una contabilidad detallada de la supuesta deuda, incluido el importe de cualquier interés principal, tarifa o cargo, y si los cargos fueron impuestos por el acreedor original, un cobrador de deudas u otro propietario de la deuda. Para la tarjeta de crédito o las cuentas de crédito renovables, la contabilidad detallada se mide a partir del saldo de cargo.

Si su deuda ha sido reducida a una sentencia de un tribunal, tiene derecho a una copia de la sentencia, documentación que establezca que el cobrador de deudas es el propietario de la sentencia y una contabilidad detallada del saldo actual adeudado en la sentencia. Puede solicitar la información anterior poniéndose en contacto con nosotros por teléfono, correo o correo electrónico a la siguiente dirección:

Dirección: Apartado de correos 67015 Harrisburg, Pensilvania 17106-7015
Teléfono: 800-360-4319
Dirección de correo electrónico: i@nationalrecovery.com

Es posible que tenga ingresos o recursos que estén protegidos de ser tomados por los cobradores de deudas. Estos pueden incluir ciertas fuentes de ingresos, fondos o propiedad, incluyendo, pero no limitado a, la Seguridad Social, la Seguridad de Ingreso Suplementaria (SSI). beneficios por discapacidad o desempleo, beneficios para veteranos o pagos de manutención de los hijos. Si cree que su propiedad o ingresos pueden estar protegidos, es posible que desee buscar asesoramiento legal, incluso en un proveedor de servicios legales o una oficina de asistencia legal, antes de pagar esta deuda.

If your debt is past the statute of limitations, you are hereby notified of the following important consumer information: The law limits how long you can be sued on a debt. Because of the age of this debt we will not sue you for it. In many circumstances you can renew the debt and start the time period over for filing a lawsuit to recover this debt if you take specific action such as making a payment, or a written promise to pay. You should determine the effect of any action you take with respect to this debt.

This communication is from a debt collector and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unless you are the addressee, or associated with the addressee for delivery purposes, you may violate these privileges and subject yourself to liability if you do anything with the transmission other than immediately delete this transmission and contact the sender by email or phone. All calls inbound and outbound are recorded and may be monitored.

Massachusetts Residents:  MASSACHUSETTS RESIDENTS MAY CONTACT OUR OFFICE BY TELEPHONE AT THE NUMBER, OFFICE HOURS, AND ADDRESS STATED BELOW OR TO 155 FEDERAL STREET, SUITE 700, BOSTON MA  02110.

Notice of Important Rights:  YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT.  ANY SUCH ORAL REQUEST WILL BE VALID ONLY FOR TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED AND DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST.  YOU MAY TERMINATE THIS REQUEST IN WRITING TO THE COLLECTION AGENCY.

Colorado Residents:  "FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca.  A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER.  A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.  YOU MAY CONTACT OUR OFFICE AT:  ASSOCIATED COLLECTIONION AGENCIES INC., 27 NORTH WILLERUP, SUITE B, MONTROSE CO 81401 OR BY TELEPHONE AT 970-249-7514.

Minnesota Medical Patients Only:  This collection agency is licensed by the Minnesota

Department of Commerce.  If you feel that your concerns have not been addressed, please contact National Recovery Agency and allow us the opportunity to try and address your concerns.  Or, you have the option to address any concerns with the Minnesota Attorney General's Office, which can be reached at 651-296-3353 or 1-800-657-3787.

Nevada Hospital Patients Only:  (A) If the debtor pays or agrees to pay the debt or any portion of the debt, the payment or agreement to pay may be construed as: (1) An acknowledgement of the debt by the debtor, and (2) A waiver by the debtor or any applicable statute of limitations set forth in NRS 11.190 that otherwise precludes the collection of the debt and (B) If the debtor does not understand or has questions concerning his legal rights or obligations relating to the debt, the debtor should seek legal advice.  As used in this section, "hospitals" has the meaning ascribed to it in NRS 449.012.

New York City Residents:  New York City Department of Consumer Affairs License Number:  1239906

New York Residents:    Debt collectors, in accordance with the Fair Debt Collection Pracitces Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts including, but not limited to: a) the use or threat of violence; b) the use of obscene or profane language; and c) repeated phone calls with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: 1) Supplemental Security Income (SSI); 2) social security; 3) public assistance (welfare); 4) spousal support, maintenance (alimony) or child support; 5) unemployment benefits; 6) disability benefits; 7) workers' compensation benefits; 8) public or private pensions; 9) veterans' benefits; 10) federal student loans, federal student grants and federal work study funds; and 11) ninety percent (90%) of your

wages or salary earned in the last sixty (60) days.

A consumer may request substantiation of a debt in writing by sending notice of their dispute and request for substantiation of the debt to P.O. Box 67015, Harrisburg, PA 17106-7015. Purusant to § 1.4 the debt collector is required to provide substantiation within 60 days of receiving the request and cease collection of the debt until written substantiation has been provided to the consumer. A debt collector is only required to provide substantiation once during the period that the debt collector owns or has the right to collect the debt.

North Carolina Residents: NC Permit No. 113920

Tennessee Residents: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance, permit number 301.

NRA GROUP, LLC GENERAL INFORMATION:

| | | |
|---|---|---|
| PHYSICAL ADDRESS: | 2491 PAXTON STREET | HARRISBURG, PA 17111 |
| HOURS OF OPERATION: (EST) | MONDAY-THURSDAY | 8:00 AM – 8:30 PM |
| 800-360-4319 | FRIDAY | 8:00 AM – 5:00 PM (EST) |
| | SATURDAY | 8:00 AM – 12:30 PM (EST) |

**From:** Tom DeLoach <tbd2351980@gmail.com>
**Sent:** Tuesday, October 21, 2025 12:16 PM
**To:** National Recovery <i@nationalrecovery.com>

**Subject:** Service per Court Order (ECF 69) — DeLoach v. TransUnion et al., No. 1:25-CV-04348-JPO-RFT

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear National Recovery Agency, Inc.,

Pursuant to the Court's October 20, 2025 Order (ECF 69) directing service "by mail on National Recovery Agency at its principal place of business and by email at i@nationalrecovery.com by October 22, 2025," I am serving the documents listed below. I will also file proof of service on the docket as required.

Attachments:

1. October 20, 2025 Court Order (ECF 69).

2. Plaintiff's Notice of Motion to Clarify and for Order Establishing Schedule for Default Judgment (with return date), the accompanying Motion, Declaration of Thomas B. DeLoach, and [Proposed] Order.

Please confirm receipt of this email and attachments. Kindly forward this correspondence to your legal department or counsel and advise who will be handling this matter.

For reference, a duplicate paper set is being mailed today to your principal place of business at:

National Recovery Agency, Inc.
Attn: Legal Department
2491 Paxton Street
Harrisburg, PA 17111

Thank you.

October 21, 2025

Best Regards,

/s/ Thomas B. DeLoach/
Thomas B. DeLoach
Plaintiff, Pro Se
340 W. 42nd Street, #243
New York, NY 10108
Phone: (310) 962-3207
Email: tbd235@gmail.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.