UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS B. DELOACH,

                Plaintiff,

-against-

TRANSUNION, LLC, et al.,

                Defendants.

25-CV-4348 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 2, 2025, the Clerk of Court entered a certificate of default against Defendant National Recovery Agency, Inc. (ECF 46.) On November 12, 2025, Defendant filed an answer. (ECF 77.) The Clerk of Court is respectfully requested to vacate the certificate of default filed at **ECF 46**.

DATED: November 20, 2025
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge