UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS B. DELOACH,

                Plaintiff,

    -against-

TRANSUNION, LLC, et al.,

                Defendants.

25-CV-4348 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 13, 2026, pro se Plaintiff filed a Notice and Request for Electronic Service Only. (*See* ECF 91.) Plaintiff explains that he does not have access to physical mail at his mailing address reflected on the docket and requests that Defendants serve all future documents in this matter by email only, to ensure Plaintiff's "timely receipt" of all court documents and to "avoid any delays in this proceeding." (*Id.*)

On September 18, 2025, Plaintiff filed a Motion for Permission for Electronic Case Filing. (*See* ECF 58.) In that motion, Plaintiff acknowledged that once registered for electronic case filing, Plaintiff would "receive notices and documents only by e-mail in this case and not by regular mail." (*Id.* ¶ 4.) Plaintiff also acknowledged that he registered an account with the Public Access to Court Electronic Records (PACER) system. (*Id.* ¶ 3.) On September 19, 2025, the Court granted Plaintiff's motion. (*See* ECF 59.) Since then, Plaintiff has had permission to file documents on the docket electronically and it appears that Plaintiff has been receiving docket filings in this matter by email. To the extent that Plaintiff has not been receiving docket filings in this matter by email, he should advise the Court by a letter filed on the docket. To the extent that Plaintiff's Request for Electronic Service Only is intended to address documents that are

sent to him by counsel for the various Defendants, Plaintiff is encouraged to meet and confer with counsel to arrange for the parties to communicate by email only going forward.

Dated: January 15, 2026
      New York, NY

SO ORDERED,

ROBYN F. TARNOFSKY
United States Magistrate Judge