UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS B. DELOACH,

                          Plaintiff,

        -against-

TRANSUNION, LLC, et al.,

                          Defendants.

25-CV-4348 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference on March 20, 2026, Plaintiff shall have until **March 27, 2026** to file a letter on the docket indicating whether he wishes to withdraw his pending motion for partial summary judgment against Equifax (ECF 100, ECF 101). If he chooses to proceed with the motion, Equifax shall have until **April 24, 2026** to file its opposition and Plaintiff shall have until **May 15, 2026** to file a reply in further support.

Dated: March 20, 2026
        New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**