UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS B. DELOACH,<br><br>                    Plaintiff,<br><br>    -against-<br><br>TRANSUNION, LLC, et al.,<br><br>                 Defendants. | 25-CV-4348 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

At Plaintiff's request (ECF 108), the motion for partial summary judgment (ECF 100) is deemed withdrawn without prejudice to refiling after the close of discovery. The Clerk of Court is respectfully requested to terminate ECF 100 and 108.

Dated: April 3, 2026                    SO ORDERED,
       New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**