UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS B. DELOACH,

                    Plaintiff,

        -against-

TRANSUNION, LLC, et al.,

                    Defendants.

25-CV-4348 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Tuesday, April 21, 2026 at 2:30 PM.** The parties should be prepared to discuss the plaintiff's document at ECF 113. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 378 219 363#.

DATED:  April 16, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge