## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**THOMAS B. DELOACH,**                                    **Case No.:** 1:25-cv-04348-JPO-RFT

Plaintiff,

v.

**TRANS UNION LLC, et al.,**

Defendants.

### NOTICE OF SUPPLEMENTAL FACTS IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEPOSITION NOTICES AND REQUEST FOR PROTECTIVE RELIEF

Plaintiff, proceeding pro se, respectfully submits this Notice of Supplemental Facts in further support of Plaintiff's previously filed Objection to Deposition Notices and Request for Protective Relief.

Since the filing of Plaintiff's initial objection, Plaintiff has received an additional deposition notice from a third Defendant, noticing Plaintiff's deposition for May 15, 2026, and May 18, 2026.

Accordingly, Plaintiff has now been separately noticed for deposition by three Defendants within a compressed timeframe at or near the close of discovery, including multiple instances of notice providing approximately one day or minimal advance notice.

This additional notice further compounds the cumulative burden, lack of coordination among Defendants, and the prejudice to Plaintiff's ability, as a pro se litigant without legal representation or formal legal training, to meaningfully prepare for and participate in deposition proceedings on fair and reasonable terms.

Plaintiff respectfully submits that the aggregate effect of these overlapping and rapidly scheduled deposition notices materially impairs Plaintiff's ability to adequately prepare and meaningfully participate, and further supports Plaintiff's request for a stay or suspension of deposition proceedings, or in the alternative, coordinated and court-supervised scheduling of any depositions to ensure proportionality and fairness under Rules 1 and 26 of the Federal Rules of Civil Procedure.

Plaintiff respectfully requests that the Court consider this supplemental information in connection with Plaintiff's pending application for protective relief.


Dated: May 14, 2026
Respectfully submitted,
/s/ Thomas B. DeLoach/

Thomas B. DeLoach
Plaintiff, Pro Se
806 Wilson Ave
Valdosta, GA 31602
Email: tbd235@gmail.com
Phone: (310) 962-3207

RECEIVED SDNY PRO SE OFFICE 2026 MAY 27 AM 11:16

## CERTIFICATE OF SERVICE

I certify that on May 14, 2026, a true and correct copy of the foregoing document was served on counsel of record identified below via email.

Cindy Debra Salvo
**The Salvo Law Firm, P.C.**
185 Fairfield Avenue, Suite 3c/3d
West Caldwell, NJ 07006
Telephone: 973-226-2220
Email: csalvo@salvolawfirm.com
*Counsel for National Recovery Agency, Inc.*

Camille Renee Nicodemus
**Quilling Selander Lownds Winslett Moser**
1033 N Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: 317-497-5600
Facsimile: 317-899-9348
Email: cnicodemus@qslwm.com

Brenna McGill
**Troutman Pepper Locke LLP**
875 Third Avenue
New York, New York 10022
Telephone: 213.928.9852
Brenna.McGill@troutman.com
*Counsel for Experian Information Solutions, Inc.*

Heather Huggins Sharp
**Seyfarth Shaw LLP**
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
Telephone: 404-881-5477
Facsimile: 404-892-7056
Email: hsharp@seyfarth.com
*Counsel for Equifax Information Services, LLC*

Joshua Allen Stiers
**Trans Union, LLC**
555 W Adams St
Chicago, IL 60661
Telephone: 765-401-4230
Email: joshua.stiers@transunion.com
*Counsel for TransUnion, LLC*

/s/ Thomas B. DeLoach
Thomas B. DeLoach, Pro Se