UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Thomas B. DeLoach, | |
| Plaintiff, | 25-CV-04348 (JPO) (RFT) |
| -against- | **ORDER** |
| TransUnion, LLC, | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Friday, June 5, 2026 at 4:30 PM.** The parties should be prepared to discuss the Plaintiff's Objection at ECF 125. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 597 519 286#.

DATED: May 28, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge