UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS B. DELOACH,<br><br>                              Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and NATIONAL RECOVERY AGENCY, INC.,<br><br>                              Defendants. | Case No. 1:25-cv-04348-JPO |

## NOTICE OF APPEARANCE

**To the Clerk of the Court and All Parties of Record:**

  **PLEASE TAKE NOTICE** that Allison M. Cunneen, a member of the bar of this Court in good standing, hereby appears as counsel to Defendant Experian Information Solutions, Inc.

 Dated:  June 1, 2026
        New York, NY

                    Respectfully submitted,

                    /s/ Allison M. Cunneen

                    VENABLE LLP
                    Allison M. Cunneen
                    151 W 42nd Street
                    New York, NY 10036
                    amcunneen@venable.com
                    (212) 370-6298

                    *Attorney for Defendant Experian*
                    *Information Solutions, Inc.*