**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)**

| | |
|---|---|
| THOMAS B. DELOACH,<br>            Plaintiff, | CASE NO. 1:25-cv-04348-JPO-RFT<br>ECF Case |
| vs. | |
| | **TRANS UNION'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO TRANS UNION'S RULE 11 MOTION FOR SANCTIONS** |
| TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and NATIONAL RECOVERY AGENCY, INC.;<br>            Defendants. | |

Trans Union respectfully submits this Notice Of Non-Opposition to its Rule 11 Motion For Sanctions, Dkt. No. 119 (the "Motion").

On April 28, 2026, Trans Union filed the Motion on the ground that Plaintiff's claims are devoid of merit because upon Plaintiff's dispute of his National Recovery Agency account, Trans Union deleted the account, which under the FCRA satisfies its obligations. *See* Motion and Memorandum in Support, Dkts. No. 119 and 119-1. Plaintiff contends that Trans Union later reported the National Recovery Agency account, but Plaintiff has provided no evidence that such ever occurred and Trans Union has provided Plaintiff with documentation showing that the account did not appear on later copies of his credit report.

Plaintiff's response to the Motion was due on May 5, 2025. *See* Briefing Schedule, Dkt. No. 118. Plaintiff sought an extension to respond to the Motion and the Court granted the Motion, extending Plaintiff's deadline to file a response until May 26, 2026 and Trans Union's deadline to file a Reply until June 2, 2026. *See* May 12, 2023 entry on Dkt. 123.

Plaintiff did not file a response to the Motion on May 26, 2026 and as of this filing has failed to respond to the Motion.

Trans Union respectfully requests that the Court grant its Motion for Sanctions and dismiss Plaintiff's Complaint for the reasons set forth in the Motion and because Plaintiff failed to file any response to the Motion, even after a three-week extension of time.

Date: June 2, 2026

Respectfully submitted,

/s/Camille R. Nicodemus
Camille R. Nicodemus, Esq. (NY# 2807451)
Ronnie D. Kawak, Esq.
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  (317) 497-5600, Ext. 601 & 612
Fax:  (317) 899-9348
E-Mail:  cnicodemus@qslwm.com
E-Mail: ronnie.kawak@qslwm.com

*Counsel for Defendant Trans Union LLC*

Joshua A. Stiers, Esq.
Trans Union LLC
555 West Adams Street
Chicago, IL  60661
Telephone:  (765) 401-4230
E-Mail:  Joshua.stiers@transunion.com

*Counsel for Defendant Trans Union LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **2nd day of June, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Heather H. Sharp, Esq.<br>hsharp@seyfarth.com | Rachelle Pointdujour, Esq.<br>Rachelle.pointdujour@troutman.com |
| Cindy D. Salvo, Esq.<br>csalvo@salvolawfirm.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of June, 2026**, properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Thomas B. DeLoach<br>340 W. 42nd St. #243<br>New York, NY 10108<br>Tbd235@gmail.com | |

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq. (NY# 2807451)
Ronnie D. Kawak, Esq.
 (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  (317) 497-5600, Ext. 601 & 612
Fax:  (317) 899-9348
E-Mail:  cnicodemus@qslwm.com
E-Mail: ronnie.kawak@qslwm.com

*Counsel for Defendant Trans Union LLC*