UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS B. DELOACH,<br><br>                                    Plaintiff,<br><br>        v.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and NATIONAL RECOVERY AGENCY, INC.,<br><br>                                    Defendants. | Case No. 1:25-cv-04348-JPO |

## <u>NOTICE OF APPEARANCE</u>

**To the Clerk of the Court and All Parties of Record:**

PLEASE TAKE NOTICE that Carlos H. Salguero Jr., a member of the bar of this Court in good standing, hereby appears as counsel to Defendant Experian Information Solutions, Inc.

Dated:  June 4, 2026                         Respectfully submitted,
            New York, NY

                                                        /s/ Carlos H. Salguero

                                                        VENABLE LLP
                                                        Carlos H. Salguero Jr.
                                                        151 W 42nd Street
                                                        New York, NY 10036
                                                        chsalguero@venable.com
                                                        (212) 218.2578

                                                        *Attorney for Defendant Experian*
                                                        *Information Solutions, Inc.*