UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **THOMAS B. DELOACH,**<br><br>    **Plaintiff,**<br><br>   **v.**<br><br>**TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and NATIONAL RECOVERY AGENCY, INC.,**<br><br>    **Defendants.** | **Civil Action No. 1:25-cv-04348-JPO-RFT**<br><br>**MOTION TO WITHDRAW THE APPEARANCE OF BRENNA J. MCGILL** |

Pursuant to Local Civil Rule 1.4(b), the undersigned, Brenna J. McGill, respectfully requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Venable LLP representation and service as lead counsel. Experian will be represented by Allison M. Cunneen of Venable LLP, who is admitted to this Court. The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A.**

Dated: June 5, 2026

Respectfully submitted,

*/s/ Brenna J. McGill*
Brenna J. McGill
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
Telephone: (213) 928-9852
Brenna.McGill@troutman.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 5, 2026, I caused the foregoing document to be filed with the

Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel

of record. I further certify that I served a copy by U.S. Mail and email upon:

Thomas B. DeLoach
340 W. 42nd Street, #243
New York, NY 10108
(310) 962-3207
tbd235@gmail.com
*Pro se plaintiff*


*/s/ Brenna J. McGill*
Brenna J. McGill

*Attorney for Defendant Experian
Information Solutions, Inc.*

2

329924901