EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **THOMAS B. DELOACH,** |
| **Plaintiff,** |
| **v.** |
| **TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and NATIONAL RECOVERY AGENCY, INC.,** |
| **Defendants.** |

**Civil Action No. 1:25-cv-04348-JPO-RFT**

[~~PROPOSED~~ ORDER] ON MOTION TO WITHDRAW THE APPEARANCE OF BRENNA J. MCGILL

Having reviewed the Motion to Withdraw the Appearance of Brenna J. McGill as Counsel for Experian Information Solutions Inc., and for good cause shown, it is hereby **ORDERED AND ADJUDGED** that the Motion to Withdraw is granted, and that Brenna J. McGill is terminated as counsel for Experian in this action.

IT IS SO ORDERED.

Dated: June 5, 2026
      New York, NY

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

329937263