UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS B. DELOACH,

                    Plaintiff,

       -against-

TRANSUNION, LLC, et al.,

                    Defendants.

25-CV-4348 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on June 5, 2026:

1. Plaintiff's time to oppose the sanctions motion (ECF xx) is retroactively extended until June 18, 2026.

2. Plaintiff shall sit for a four-hour deposition on June 26, 2026, from 10am until 2pm. All Defendants may attend and examine Plaintiff. If the deposition is not completed by 2pm on June 26, 2026, the parties shall meet and confer to determine a date for the completion of Plaintiff's deposition.

3. Plaintiff reported having difficulty filing documents by email sent to the pro se clerk's office. Plaintiff is encouraged to call that office to work with the clerks there to try to resolve the issue. If he is unable to do so, he may write a letter to the Court explaining his understanding of the problem.

4. Plaintiff is reminded that if he is unable to meet a deadline or other requirement or expectation of this case, he should write to the Court seeking relief beforehand; after the fact requests to be excused from deadlines, requirements, or expectations of the case may not be granted.

Dated:  June 8, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge