UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

THOMAS B. DELOACH,

               Plaintiff,

  -against-

EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES LLC, TRANSUNION LLC, and
NATIONAL RECOVERY AGENCY, INC.,

            Defendants.

------------------------------------------------------- X

Case No. 1:25-cv-04348-JPO-RFT

**MOTION FOR ADMISSION**
*PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Paige Vacante hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Equifax Information Services LLC in the above-captioned action.

I am in good standing of the Florida State Bar and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached hereto the Local Rule 1.3 Affidavit.

326470932v.1

2

DATED:  June 18, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  _/s/ Paige Vacante_
      Paige Vacante, *Pro Hac Vice Pending*
      pvacante@seyfarth.com
      SEYFARTH SHAW LLP
      233 S. Wacker Drive
      Chicago, IL  60606-6448
      Telephone: (312) 460-5000
      Facsimile: (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

2

326470932v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2026, I presented the foregoing MOTION FOR ADMISSION *PRO HAC VICE* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and *Pro Se* Plaintiff.

*/s/ Paige Vacante*
Paige Vacante
*Counsel for Defendant*
*Equifax Information Services LLC*

326470932v.1