# Supreme Court of Florida

## Certificate of Good Standing

I, *JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### PAIGE ELIZABETH VACANTE

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* OCTOBER 2, 2019, *is presently in good standing, and that the private and professional character of the attorney appears to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this* APRIL 2, 2026.

*Clerk of the Supreme Court of Florida*

Office of the Clerk
Supreme Court of Florida
500 South Duval Street
Tallahassee, FL 32399-1927



quadient

FIRST-CLASS MAIL
IMI
$000.74 ⁰
04/02/2026 ZIP 32399
043M31256996

US POSTAGE

In Re: Paige Elizabeth Vacante
Seyfarth Shaw LLP
1075 Peachtree Street NE
Suite 2500
Atlanta, GA 30309