UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

THOMAS B. DELOACH,                              :

           Plaintiff,                   :       Case No. 1:25-cv-04348-JPO-RFT

   -against-                                   :       [PROPOSED] ORDER GRANTING
                                           MOTION FOR ADMISSION *PRO HAC*
EXPERIAN INFORMATION SOLUTIONS,   :       *VICE*
INC., EQUIFAX INFORMATION
SERVICES LLC, TRANSUNION LLC, and  :
NATIONAL RECOVERY AGENCY, INC.,    :

           Defendants.                  :

------------------------------------------------------- X

The motion of Paige Vacante, for admission to practice *Pro Hac Vice* in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the Florida state bar and her contact information is as follows:

> Paige Vacante, Esq.
> pvacante@seyfarth.com
> SEYFARTH SHAW LLP
> 233 S. Wacker Drive, Suite 8000
> Chicago, IL  60606-6448
> Telephone: (312) 460-5000 | Facsimile: (312) 460-7000

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Equifax Information Services LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 24, 2026
     New York, NY

SO ORDERED

_____
**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**

326470933v.1