UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

THOMAS B. DELOACH,

          Plaintiff,

  -against-

EXPERIAN INFORMATION SOLUTIONS
INC. and EQUIFAX INFORMATION
SERVICES LLC and TRANSUNION LLC
and NATIONAL RECOVERY AGENCY,
INC.,

         Defendants.

------------------------------------------------------- X

Case No. 1:25-cv-04348-JPO-RFT

**NOTICE OF *PRO HAC* APPEARANCE**

     PLEASE TAKE NOTICE THAT Paige Vacante, an attorney with the law firm SEYFARTH SHAW LLP, hereby enters her appearance as *pro hac* counsel for Defendant Equifax Information Services LLC in the above captioned matter and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon her.

DATED:  June 26, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Paige Vacante*
    Paige Vacante, *Admitted Pro Hac Vice*
    pvacante@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive
    Suite 8000
    Chicago, Illinois  60606-6448
    Telephone:  (312) 460-5000
    Facsimile:  (312) 460-7000

    *Counsel for Defendant*
    *Equifax Information Services LLC*

326809230v.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 26, 2026, I presented the foregoing NOTICE OF *PRO HAC APPEARANCE* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.   I hereby certify that a copy has also been sent via U.S. Mail to the following:

Thomas B. Deloach
340 W. 42nd Street, #243
New York, NY 10108


/s/ Paige Vacante
Paige Vacante
*Counsel for Defendant*
*Equifax Information Services LLC*

326809230v.1