UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS B. DELOACH,

Plaintiff,

-against-

TRANSUNION, LLC, et al.,

Defendants.

25-CV-4348 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Docket services is in receipt of Plaintiff's opposition to TransUnion's motion for sanctions, but they have informed me that they have thus far been unable to upload Plaintiff's opposition papers to the docket. TransUnion is directed to file on the docket by **July 1, 2026** Plaintiff's opposition papers to its motion for sanctions.

Dated:  June 26, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge