THE SALVO LAW FIRM

October 14, 2026

Application GRANTED. The deadline for Defendants to file their motions for summary judgment is extended until **November 13, 2026**; the deadline for Plaintiff to file his oppositions to such motions is extended until **December 15, 2026**; and the deadline for Defendants to file their replies, if any, in further support of their motions is extended until **January 14, 2027**.

The Clerk of Court is respectfully requested to terminate ECF 153.

Dated: October 15, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
Hon. Robyn F. Tarnofsky, U.S.M.J.
U.S. District Court
Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

**Re: DeLoach v. TransUnion, LLC, et al.**
**Case No.: 25-CV-04348 (JPO) (RFT)**

Dear Judge Tarnofsky:

We represent Defendant National Recovery Agency ("NRA") in the above-captioned matter. With the consent of all parties, I respectfully request an extension of NRA's deadline to file a motion for summary judgment from October 23, 2026 to November 13, 2026. This is NRA's second request for an extension of this deadline.

By letter dated August 31, 2026, I requested an extension of the original October 1, 2026 deadline to October 23, 2026 because I was scheduled to begin a jury trial on September 28, 2026 in Holloway v. Chosen Ones Productions, et al., in the Superior Court of New Jersey, Docket No. SOM-L-1696-24. The Court graciously granted that request. The Holloway trial has since been adjourned to October 26, 2026.

As a result, the current summary judgment deadline now falls just three days before the trial is scheduled to begin. I will be substantially occupied with final trial preparation during the period immediately preceding October 23 and with the trial itself thereafter. The requested three-week extension would allow me to attend to those trial obligations and then complete NRA's summary judgment submission. I regret the need for a further extension, which arises from the rescheduling of the same trial that prompted my original request.

Counsel for the co-Defendants join in this request and likewise seek an extension of their summary judgment deadlines. Plaintiff, who is proceeding pro se, has consented to the requested extensions.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Cindy D. Salvo
CINDY D. SALVO

cc: All Parties Via ECF

185 Fairfield Avenue, Suite 3C/3D West Caldwell, New Jersey 07006
T: 973-226-2220 • F: 973-900-8800 • www.salvolawfirm.com